# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN MARIE MORGAN, | ) | Case No. SACV 19-0002-AS |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded with instructions to the Commissioner to calculate and award benefits consistent with the Memorandum Opinion and Order filed concurrently herewith.

Dated: January 10, 2020.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE